**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **KEVIN F. OLSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 16-CV-2194** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

A Report and Recommendations (#18) was filed by Magistrate Judge Eric I. Long in the above cause on January 31, 2018.  On February 14, 2018, Plaintiff, Kevin F. Olson, filed his Objection to Report and Recommendations (#19).  The Commissioner filed a Response (#21) to Plaintiff's objection on March 13, 2018.  Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendations (#18).  This court agrees that Plaintiff's Motion for Summary Judgment (#11) should be DENIED, Defendant's Motion for Summary Judgment (#15) should be GRANTED, and that the decision to deny benefits be affirmed.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendations (#18) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#11) is DENIED and Defendant's Motion for Summary Judgment (#15) is GRANTED.

(3) This case is terminated.

ENTERED this 14<u>th</u> day of <u>March</u>, 2018.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE